Opinion issued May 24, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00372-CV

———————————

IN re Carl Poston, Sherea Poston, AND JOSEPH R. WILLIE, II, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relators,
Carl Poston, Sherea Poston, and Joseph R. Willie, II, have filed a petition for
writ of mandamus, challenging the trial court’s orders referring the underlying
case to mediation and sanctioning relators.[1]  

We deny the petition for
writ of mandamus, and we dismiss all outstanding motions as moot.

PER CURIAM

Panel
consists of Justices Jennings, Bland, and Massengale.

 











[1]
          The underlying case is Carl Poston and Sherea Poston v. Wachovia
Mortgage Corporation, No. 2008-13692, in the 133rd District Court of Harris
County, Texas, the Honorable Jaclanel McFarland presiding.